UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST VALLEY PACKING, LLC,<br>Plaintiff,<br>v.<br>TORTUGA EXPRESS, LLC, et al.,<br>Defendants. | Case No.: 25-cv-03212-GC<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION TO ENFORCEMET SETTLEMENT AGREEMENT**<br><br>**[ECF No. 28]** |

Before the Court is the Parties' Joint Motion for Dismissal With Prejudice; Joint Request for Retention of Jurisdiction to Enforce Settlement Agreement and to Vacate Settlement Disposition Conference. (ECF No. 28.) Good cause appearing, IT IS HEREBY ORDERED:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(2) and 41(c), this action is dismissed with prejudice in its entirety, including all claims, counterclaims, and third-party claims.
2. Each Party shall bear its own attorneys' fees and costs incurred in this action.

3. Pursuant to the Parties' agreement and Ko*kkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375 (1994), the Court expressly retains jurisdiction to enforce the terms of the Settlement Agreement.
4. All other pending dates and deadlines in this action are VACATED.
5. The Clerk of Court is directed to CLOSE the case.

**IT IS SO ORDERED.**

Dated: August 20, 2026

Hon. Guillermo Cabrera
United States Magistrate Judge